1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOE ANN DURONCELET, et al.,              No.  2:14-cv-1768 JAM CKD PS

12              Plaintiffs,

13        v.                                  ORDER TO SHOW CAUSE

14   BARAK OBAMA, et al.,

15              Defendants.

16

17        Plaintiffs are proceeding in this action pro se.  Plaintiffs have filed a forty-one page

18   complaint that is vague and ambiguous as to what claims plaintiffs are making.  The complaint

19   does not allege a basis for subject matter jurisdiction in this court.  The federal courts are courts

20   of limited jurisdiction.  In the absence of a basis for federal jurisdiction, plaintiffs' claims cannot

21   proceed in this venue.  Because there is no basis for federal subject matter jurisdiction evident in

22   the complaint, plaintiffs will be ordered to show cause why this action should not be dismissed.

23   Failure to allege a proper basis for subject matter jurisdiction will result in a recommendation that

24   the action be dismissed.

25    /////

26   /////

27   /////

28   /////

                                      1

1     Accordingly, IT IS HEREBY ORDERED that no later than August 13, 2014, plaintiffs

2   shall show cause why this action should not be dismissed for lack of subject matter jurisdiction.

3   Dated:  July 30, 2014

4   _____
    CAROLYN K. DELANEY
5   UNITED STATES MAGISTRATE JUDGE

6   4 duroncelet1768.nosmj

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28