UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ANN DURONCELET, et al., | No. 2:14-cv-1768 JAM CKD PS |
| Plaintiffs, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| BARACK HUSSEIN OBAMA, et al., | |
| Defendants. | |

Plaintiffs are proceeding in this action pro se. Plaintiffs have filed a forty-one page complaint that is vague and ambiguous as to what claims plaintiffs are making. The complaint fails to set forth a basis for subject matter jurisdiction.

By order filed July 30, 2014, plaintiffs were ordered to show cause no later than August 13, 2014 why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiffs have failed to respond to the order to show cause. There being no evident basis for subject matter jurisdiction, the court will recommend that this action be dismissed.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for lack of subject matter jurisdiction.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written

1

objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  August 19, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 duroncelet1768.nosmj.57