UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE AN DURONCELET, et al.,

Plaintiffs,

v.

BARAK OBAMA, et al.,

Defendants.

No. 2:14-cv-1768 JAM CKD PS

ORDER

The court is in receipt of a letter dated March 4, 2016 indicating that certain plaintiffs were fraudulently named in this action.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to file the letter dated March 4, 2016. The attached driver's license and birth certificate shall be filed under seal.

2. The Clerk of Court is directed to strike from the docket of the court the fraudulently named plaintiffs, Arletra Cherise Duroncelet, Arletra C. Duroncelet, and Anthony Ecellino Duroncelet-Walker.

3. The above named plaintiffs are hereby stricken from the complaint/petition (ECF No. 1) filed in the herein action.

/////

/////

4. The Clerk of Court is directed to serve a copy of this order on Arletra Duroncelet-Hutchinson, 4306 Windsong Street, Sacramento CA 95834.

Dated: March 22, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 duroncelet1768.stk